# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Larry Lamont Phillips,<br>*Plaintiff*<br>v.<br>Warden Bernard McKie; Dr. Allan C. Walls; and Officer Timothy Smith, all in their official and individual capacities,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:12-438-CMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Larry Lamont Phillips, shall take nothing of the defendants; Warden Bernard McKie, Dr. Allan C. Walls and Officer Timothy Smith; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted the defendants' motion to dismiss.

Date: September 10, 2012

*Larry W. Propes, CLERK OF COURT*

*s/A. Buckingham*

*Signature of Clerk or Deputy Clerk*